**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Manuel Trinidad PEREZ–ROMERO,**
**Defendant–Appellant.**

**No. 11–10513.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 10, 2012.*

Filed Sept. 19, 2012.

Cory Michael Picton, Esquire, USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Harriette P. Levitt, Law Offices of Harriette P. Levitt, Tucson, AZ, for Defendant–Appellant.

Before: WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

MEMORANDUM ***

Manuel Trinidad Perez–Romero appeals from his guilty-plea conviction and 37–month sentence for possession with intent to distribute marijuana, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(D). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Perez–

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Romero's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Perez–Romero with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. We dismiss in light of the valid appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir. 2000).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.